1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12   UNITED STATES OF AMERICA,

13              Plaintiff,                    CR. S-07-0453 FCD

14        vs.                                 ORDER FOR RELEASE OF PERSON IN
                                              CUSTODY
15   SHANEIL MAMMIE MANNING,

16              Defendant.

17   _____/

18   TO:    UNITED STATES MARSHAL:

19        This is to authorize and direct you to release SHANEIL MAMMIE MANNING, Case No.

20   CR. S-07-0453 FCD, Charge 18 U.S.C. 3606, from custody for the following reasons:

21        ___    Release on Personal Recognizance

22        ___    Bail Posted in the Sum of $ [ ]

23             ___    Unsecured Appearance Bond

24             ___    Appearance Bond with 10% Deposit

25             ___    Appearance Bond with Surety

26

1        ___    Corporate Surety Bail Bond

2        __X__  (Other)  [The  defendant  to remain on Supervised Release as previously

3               ordered on November 30, 2009, with additional conditions as set forth in the

4               separate Judgment to be issued.]

5  Issued at Sacramento, CA  on March 15, 2010 at 10:25 a.m.

7  Dated:   March 15, 2010

8

9                        FRANK C. DAMRELL, JR.
                         UNITED STATES DISTRICT JUDGE